UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:24-bk-03584-TPG
CHAPTER 11

IN RE:

1027 FANTASY, LLC,
         Debtor(s)
_____/

## MOTION TO COMPEL DEBTOR TO AMEND SCHEDULES

**COMES NOW,** Citadel Servicing Corporation ("Secured Creditor"), by and through its undersigned counsel, with this Motion To Compel Debtor To Amend Schedules and states:

### BACKGROUND

1. The Debtor filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on July 14, 2024.

2. The only asset listed on Debtor's Schedule A, Part 9 (DE 20) is the real property 1027 FANTASY DRIVE, DAVENPORT, FLORIDA . At the request of the U.S. Trustee at the 341 meeting for this matter, the Debtor was requested to designate this case to be a single asset real estate ("SARE") case and, at initial status conference on August 13, 2024, in open court, Debtor's counsel stated that Debtor's Bankruptcy Schedules would be amended to reflect the SARE designation. That amendment has not yet been made.

3. Secured Creditor holds a first mortgage on the, "Property" Accordingly, Secured Creditor is a "Party In Interest"

## ARGUMENT AND MEMORANDUM OF LAW

4. Pursuant to Bankruptcy Rule 1009 (a) On the request of a party in interest and after notice and hearing, bankruptcy schedules may be amended. The bankruptcy court has the discretion and a party in interest has the right to request the debtor to revise [ its [schedules] *See, Waldron v. Brown (In re Waldron)* 536 F.3d 1239 (11th Cir 2008).

5. The Bankruptcy Estate is clearly comprised of single asset real estate[1] as recognized by the U.S. Trustee *supra,* prompting counsel for the Debtor to state, on the record at the initial status conference on August 2024. that an amendment of the bankruptcy schedules would be made to make the SARE designation, and that a Plan would be promptly filed. No income other than that derived from the Property is mentioned in the Debtor's schedules or Case Management Summary (Docket No. 15).

**WHEREFORE**, Secured Creditor respectfully requests:

1. That the Court require Debtor to Amend its schedules to designate recognize or determine this bankruptcy to be a Single Asset Real Estate Case and for such other relief as the Court may deem just and proper.

Respectfully Submitted,

**Kahane & Associates, P.A.**
1619 NW 136th Avenue, Suite D-220
Sunrise, Florida 33323
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
☐ Marc G. Granger, Esq., Fla. Bar No.: 146870
Ξ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☐ Taji Foreman, Esq., Fla. Bar No.: 58606

---

[1] Pursuant 11 U.S.C. § 101(51B) The term "single asset real estate" is defined as "a single property or project, other than residential real property with fewer than 4 residential units which generates substantially all of the gross income of a debtor who is not a family farmer and on which no substantial business is being conducted by a debtor other than the business of operating the real property and activities incidental thereto.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed and served on September 5, 2024, on all registered users via CM/ECF including those listed below:

And by service by U.S. mail on all unrepresented parties on September 5, 2024, to parties on the following list:

Kenneth D. (Chip) Herron, Jr., Esq.
Herron Hill Law Group, PLLC
P.O. Box 2127
Orlando, FL 32802

*Scott E Bokamp, Esq*
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

*U.S. Trustee*
United States Trustee – ORL 7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

\*\*creditors on attached mailing list

                                            Kahane & Associates, P.A.
                                            1619 NW 136th Avenue, Suite D-220
                                            Sunrise, Florida 33323
                                            Telephone:  (954) 382-3486

By: _____
   Ξ  Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
   ☐  Marc G. Granger, Esq., Fla. Bar No.: 146870
   ☐  Taji Foreman, Esq

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:24-bk-03584-TPG<br>Middle District of Florida<br>Orlando<br>Thu Sep  5 14:38:27 EDT 2024 | 1027 Fantasy, LLC<br>212 Pasadena Place<br>Suite A<br>Orlando, FL 32803-3862 | Citadel Servicing Corporation<br>Kahane & Associates, P.A.<br>c/o Gregg S. Ahrens, Esq.<br>1619 NW 136th Avenue<br>Suite D-220<br>Sunrise, FL 33323-2856 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>Kahane & Associates, P.A.<br>c/o Gregg S. Ahrens, Esq.<br>1619 NW 136th Avenue<br>Suite D-220<br>Sunrise, FL 33323-2856 | Aspen Funds<br>1221 W. 103rd  St., #108<br>Kansas City, MO 64114-4512 | Citadel Servicing Corporation<br>c/o Gregg S Ahrens<br>1619 NW 136th Avenue, Suite D-220<br>Sunrise, FL 33323-2856 |
| Citadel Servicing Corporation<br>c/o ServiceMac<br>9726 Old Bailes Road, Suite 200<br>Fort Mill, SC 29707-7882 | Citadel Servicing Corporation  c/o ServiceMa<br>9726 Old Bailes Rd<br>Suite 200<br>Fort Mill, SC 29707-7882 | Duke Energy<br>299 1st Ave<br>Saint Petersburg, FL 33701-3308 |
| Emmanual Mohammed<br>1014 Banks Rose St.<br>Celebration<br>FL 34747-4835 | Emmanual Mohammed<br>1014 Banks Rose St.<br>Kissimmee, FL 34747-4835 | Emmanuel Mohammed<br>1014 Banks Rose St.<br>Celebration<br>FL 34747-4835 |
| Emmanuel Mohammed<br>1014 Banks Rose St.<br>Kissimmee, FL 34747-4835 | Faith Mohammed<br>1014 Banks Rose St.<br>Celebration<br>FL 34747-4835 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Joe G. Tedder, tax collector<br>430 E. Main St.<br>Bartow, FL 33830-4717 | LEAF Capital Funding<br>8100 Sandpiper Cir.<br>Suite 300<br>Baltimore, MD 21236-4992 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Polk County<br>330 W. Church St<br>Bartow, FL 33830-3760 | Unique Funding Solutions, LLC<br>c/o Hector E. Lora Esq. 1801 N.E. 123rd<br>1801 N.E. 123rd St,, Suite 314<br>Miami, FL 33181-2883 |
| United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Wilmington Savings Fund Society FSB<br>c/o Gregg S. Ahrens Esq.<br>Kahane & Associates, P.A.<br>1619 NW 136th Avenue, Suite D-220<br>Sunrise, Florida 33323-2856 | Kenneth D Herron Jr<br>Herron Hill Law Group, PLLC<br>P. O. Box 2127<br>Orlando, FL 32802-2127 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Emmanual Mohammed | (d)Emmanual Mohammed<br>1014 Banks Rose St.<br>Celebration, FL 34747-4835 | (u)Emmanuel Mohammed |

(d)Emmanuel Mohammed
1014 Banks Rose St.
Celebration, FL 34747-4835

End of Label Matrix
Mailable recipients    23
Bypassed recipients     4
Total                  27