**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): 6:24-bk-03584    Chapter 11

☑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   1027 Fantasy, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names  
   ADVENTURE ISLAND

3. **Debtor's federal Employer Identification Number** (EIN)  
   88-3720275

4. **Debtor's address**

   **Principal place of business**  
   212 Pasadena Place  
   Number    Street  
   Suite A  
   Orlando         FL    32803  
   City            State  ZIP Code

   Orange County  
   County

   **Mailing address, if different from principal place of business**  
   Number    Street  
   _____  
   P.O. Box  
   City      State    ZIP Code

   **Location of principal assets, if different from principal place of business**  
   Number    Street  
   _____  
   City      State    ZIP Code

5. **Debtor's website** (URL)    orlandoattractionhomes.com

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **1027 Fantasy, LLC**
Name

Case number (*if known*) 6:24-bk-03584

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>5313 |
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply*:<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                              MM / DD / YYYY<br>          District _____ When _____ Case number _____<br>                              MM / DD / YYYY |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>          District _____ When _____<br>                              MM / DD / YYYY<br>          Case number, if known _____ |

Debtor  **1027 Fantasy, LLC**
        <sub>Name</sub>

Case number <sub>(if known)</sub> **6:24-bk-03584**

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
City                                        State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | 1027 Fantasy, LLC | Case number (*if known*) | 6:24-bk-03584 |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/12/2024
MM / DD / YYYY

✗ /s/ Emmanuel Mohammed
Signature of authorized representative of debtor

Emmanuel Mohammed
Printed name

Title Manager

**18. Signature of attorney**

✗ /s/ Kenneth D. Herron, Jr.
Signature of attorney for debtor

Date 09/12/2024
MM / DD / YYYY

Kenneth D. Herron, Jr.
Printed name

Herron Hill Law Group, PLLC
Firm name

P. O. Box 2127
Number    Street

Orlando
City

FL
State

32802
ZIP Code

4076480058
Contact phone

chip@herronhilllaw.com
Email address

699403
Bar number

FL
State

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

1027 FANTASY, LLC,  Case No.: 6:24-bk-03584-TPG

  Debtor.  Chapter 11
_____/

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2024, I mailed the foregoing document by first class mail postage prepaid to the non-CM/ECF participants listed on the attached mailing matrix.

**Kenneth D. Herron, Jr.**
Fla. Bar No. 699403

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:24-bk-03584-TPG<br>Middle District of Florida<br>Orlando<br>Thu Sep 12 10:35:37 EDT 2024 | 1027 Fantasy, LLC<br>212 Pasadena Place<br>Suite A<br>Orlando, FL 32803-3862 | Citadel Servicing Corporation<br>Kahane & Associates, P.A.<br>c/o Gregg S. Ahrens, Esq.<br>1619 NW 136th Avenue<br>Suite D-220<br>Sunrise, FL 33323-2856 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>Kahane & Associates, P.A.<br>c/o Gregg S. Ahrens, Esq.<br>1619 NW 136th Avenue<br>Suite D-220<br>Sunrise, FL 33323-2856 | Aspen Funds<br>1221 W. 103rd St., #108<br>Kansas City, MO 64114-4512 | Citadel Servicing Corporation<br>c/o Gregg S Ahrens<br>1619 NW 136th Avenue, Suite D-220<br>Sunrise, FL 33323-2856 |
| Citadel Servicing Corporation -<br>c/o ServiceMac<br>9726 Old Bailes Road, Suite 200<br>Fort Mill, SC 29707-7882 | Citadel Servicing Corporation  c/o ServiceMa<br>9726 Old Bailes Rd<br>Suite 200<br>Fort Mill, SC 29707-7882 | Duke Energy<br>299 1st Ave<br>Saint Petersburg, FL 33701-3308 |
| Emmanual Mohammed<br>1014 Banks Rose St.<br>Celebration<br>FL 34747-4835 | Emmanual Mohammed<br>1014 Banks Rose St.<br>Kissimmee, FL 34747-4835 | Emmanuel Mohammed<br>1014 Banks Rose St.<br>Celebration<br>FL 34747-4835 |
| Emmanuel Mohammed<br>1014 Banks Rose St.<br>Kissimmee, FL 34747-4835 | Faith Mohammed<br>1014 Banks Rose St.<br>Celebration<br>FL 34747-4835 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Joe G. Tedder, tax collector<br>430 E. Main St.<br>Bartow, FL 33830-4717 | LEAF Capital Funding<br>8100 Sandpiper Cir.<br>Suite 300<br>Baltimore, MD 21236-4992 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Polk County<br>330 W. Church St<br>Bartow, FL 33830-3760 | Unique Funding Solutions, LLC<br>c/o Hector E. Lora Esq. 1801 N.E. 123rd<br>1801 N.E. 123rd St,, Suite 314<br>Miami, FL 33181-2883 |
| Wilmington Savings Fund Society FSB<br>c/o Gregg S. Ahrens Esq.<br>Kahane & Associates, P.A.<br>1619 NW 136th Avenue, Suite D-220<br>Sunrise, Florida 33323-2856 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Kenneth D Herron Jr +<br>Herron Hill Law Group, PLLC<br>P. O. Box 2127<br>Orlando, FL 32802-2127 |
| Gregg S Ahrens +<br>Kahane & Associates P.A.<br>1619 NW 136th Ave<br>Suite D-220<br>Sunrise, FL 33323-2856 | Scott E Bomkamp +<br>DOJ-Ust<br>United States Trustee<br>400 W. Washington St.<br>Ste 1100<br>Orlando, FL 32801-2440 | Tiffany P. Geyer +<br>Orlando<br>400 West Washington Street<br>Room 6100<br>Orlando, FL 32801-2207 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Emmanual Mohammed

(d)Emmanual Mohammed
1014 Banks Rose St.
Celebration, FL 34747-4835

(u)Emmanuel Mohammed


(d)Emmanuel Mohammed
1014 Banks Rose St.
Celebration, FL 34747-4835

(u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF
--------------------------------------------
Note: Entries with a '-' at the end of the name have filed a claim in this case

End of Label Matrix
Mailable recipients    26
Bypassed recipients     5
Total                  31