

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/16/2024 10:30 AM

COURTROOM   6A, 6th Floor

HONORABLE TIFFANY GEYER

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:24-bk-03584-TPG** | **11** | **07/14/2024** |

**Chapter 11**

**DEBTOR:**   1027 Fantasy, LLC

**DEBTOR ATTY:**   Kenneth Herron

**TRUSTEE:**   NA

**HEARING:**

1) Status Conference:
2) Preliminary Hearing:
Citadel Servicing's Motion for Relief from Stay and/or Adequate Protection (Doc #24) 8/16/24
   Re: 1027 Fantasy Drive, Davenport, Florida
Notes: 8/13
341: 8/12/24
Claims Deadline: 9/23/24
CMS (Doc #12) 7/17/24
Schedules (Doc #20) 7/29/24

**APPEARANCES:**:   Kenneth Herron: Debtor Attorney; Scott Bomkamp: U.S. Trustee; Gregg Ahrens: Citadel;

**RULING:**

1)   Status Conference:   Conference Held; Motion to Dismiss to be filed by Debtor with Negative Notice;

2)   Preliminary Hearing: Citadel Servicing's Motion for Relief from Stay and/or Adequate Protection, Re: 1027 Fantasy Drive, Davenport, Florida   (Doc #24) - Granted; Order by Ahrens;

 (dh).
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.